**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
pjf@bfllplaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE LINARTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HB USA HOLDINGS INC., and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-09748-JGB-SHK<br><br>Judge: Hon. Jesus G. Bernal<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 23, 2020<br>Trial Date: [None Set] |

NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that plaintiff and defendant have reached a settlement that, with approval of this court, would resolve all the issues in this case, and all other pending litigation, on a class-wide basis. The parties have executed a term sheet and are in the process of drafting the class settlement agreement and related exhibits. They expect the agreement will be completed, executed, and presented to the Court for preliminary approval by December 30, 2020.

DATED: November 20, 2020       **BESHADA FARNESE, LLP**

By: */s/Peter J. Farnese*
     Peter J. Farnese

Attorneys for Plainitff

DATED: November 20, 2020       **GIBSON DUNN AND CRUTCHER LLP**

By: */s/Christopher Chorba*
     Christopher Chorba

Attorneys for Defendant,
HB USA Holdings, Inc.

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Peter J. Farnese, hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

Executed on November 20, 2020 at Los Angeles, California.

By: *s/ Peter J. Farnese*
Peter J. Farnese